NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FLOYD C. MITCHELL,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3043

---

Petition for review of the Merit Systems Protection Board in No. AT844E120679-I-1.

---

## ON MOTION

---

## O R D E R

Floyd C. Mitchell moves for leave to proceed in forma pauperis. Mitchell also moves for a 14-day extension of time, until January 27, 2014, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The brief is accepted for filing.

2                                              MITCHELL v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26